MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1304 L. Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Email: monica@lawbermudez.com

Attorney for the Defendant
ASHLEY MOLINA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:25-CR-00099 JLT-SAB |
| Plaintiff, | WAIVER OF DEFENDANT'S APPEARANCE |
| v. | |
| ASHLEY MOLINA | Judge: Stanley A. Boone |
| Defendants. | |

Pursuant to Rule 43(b)(3) of the Federal Rules of Criminal Procedure, Defendant, ASHLEY MOLINA, hereby waives the right to be present in person or in open court upon the hearing of any motion or other proceedings in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action taken taken by the court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence. Defendant hereby request the Court to proceed during every absence of him which the Court may permit pursuant to this waiver; agrees that his interest will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix in his absence.

Counsel respectfully requests the waiver be granted for the following reason:

Waiver of Defendant's Appearance

1

1. Ms. Molina is currently under pretrial supervision in the Northern District of Texas.

2. Ms. Molina resides in Amarillo, Texas with her 2 children.

3. Ms. Molina is a single mother, and it would be a financial hardship for her to travel to the Eastern District of California at this time.

4. There have been active discussions regarding a disposition for Ms. Molina and additional time will be requested on her behalf to finalize the disposition.

5. Ms. Molina has maintained constant contact with counsel and waiver her presence in this matter is requested.

Defendant further acknowledges that she has been informed of her rights Title 18 U.S.C. §§3161-3174 (Speedy Trial Act) and authorizes her attorney to set times and delays under that Act without defendant being present.

Date: May 18, 2026

/s/ Ashley Molina
ASHLEY MOLINA

Dated: May 18, 2026

/s/ Monica Bermudez
MONICA L. BERMUDEZ
Counsel for Defendant
Ashely Molina

## O R D E R

**IT IS SO ORDERED**. Defendants, Ashley Molina, is hereby excused from appearing at the hearing scheduled for Wednesday, May 20, 2026.

IT IS SO ORDERED.

Dated:   **May 19, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

Waiver of Defendant's Appearance

2