**Monica L. Bermudez**
Attorney at Law, SBN 275434
1340 L Street
Bakersfield, CA 93301
Tel.: (661) 616-2141
Email: monica@lawbermudez.com

Attorney for:
ASHLEY MOLIINA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ASHLEY MOLINA,<br>Defendants. | **Case No. 1:25-CR-00099 JLT-SAB**<br><br>**STIPULATION AND ORDER TO MODIFY DEFENDANT MOLINA'S CONDITION OF RELEASE 7(g)** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNIFER L. THURSTON AND CODY CHAPPLE, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ASHLEY MOLINA, by and through her attorney of record, MONICA L. BERMUDEZ, hereby moves the court to modify the condition of release, which currently places Ms. Molina on the Location Monitoring Restrictions- Curfew.

On or about October 21, 2025, Ms. Molina was arrested in the Northern District of Texas. Ms. Molina was subsequently transferred to the Eastern District of California and on November 24, 2025, Ms. Molina was arraigned on a Second Superseding Indictment. A detention hearing was also held and the court ordered Ms. Molina released on her own recognizance, surrender her passport, location monitoring, and numerous pretrial conditions. Specifically, condition 7(n) wherein Ms. Molina was ordered to participate in the following location monitoring program and

placed on curfew wherein she is to remain in her residence every day from 8:00 p.m. to 6:00 a.m.

Ms. Molina returned to her home in Amarillo, Texas where she is being supervised by Officer Christina Gonzlaez of the North District Pretrial Service Office. Ms. Molina has been on supervision for nearly 9 months without any violations and has maintained communication with Officer Gonzalez, Ms. Molina is the sole care provider for her children. She is currently employed as a truck driver with Two-T Trucking Company. Although her job does not require her to travel out of the Northern District her driving radius can reach up to 100 miles. In addition, Ms. Molina may have multiple pick-up and drop-off locations throughout the day or unforeseen circumstances which are out of her control. Ms. Molina does not want to risk being in violation of her curfew. As such, Ms. Molina is also requesting curfew be modified from 8:00 p.m. to 6:00 a.m. to 10:00 p.m. to 6:00 p.m.

The parties, including AUSA Cody Chapple; Officer Christina Gonzalez and her supervisor; and Eastern District Pretrial Supervisor Frank Guerrero are aware of the request and have no objection to the removal of Ms. Molina's location monitoring program and the extension of curfew; with all other terms remaining the same.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: October 20, 2026

***/s/ Monica L. Bermudez***
MONICA L. BERMUDEZ
Attorney for Defendant
Ashley Molina

DATED: October 20, 2026

***/s/ Cody Chapple***
CODY CHAPPLE
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that Ashley Molina's location monitor condition be removed, curfew be modified to 10:00 p.m. to 6:00 a.m., and all other conditions remain in effect.

IT IS SO ORDERED.

Dated: **October 21, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE